UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BONNIE BROWN and
JAMES BROWN,

        Plaintiff,

v.                                         Case No.:  8:18-cv-00136-TPB-AEP

OCWEN LOAN SERVICING, LLC,

        Defendant.
_____/

## JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES FOR A DATE AFTER ENTRY OF AN ORDER ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

COMES NOW Plaintiff and Defendant, by and through their respective undersigned counsels, respectfully request that this Court amend the March 28, 2018 Case Management & Scheduling Order [DE 17] to remove this case from the October trial docket, and continue the Final Pretrial Conference currently scheduled for September 17, 2019 until after the Court enters an Order on the Parties' Cross-Motions for Summary Judgment.  In support of this motion, the parties states as follows:

      1.      The Joint Final Pretrial Conference is currently scheduled for September 17, 2019.

      2.      On May 1, 2019, the Parties each filed Motions for Summary Judgment [DE 39-42].

      3.      The Parties' Motions for Summary Judgment were fully briefed as of June 17, 2019.

4. On July 18, 2019, this case was transferred to Honorable Judge Thomas P. Barber [DE 55].

5. The parties believe that the Court's ruling on the Motions for Summary Judgment will fundamentally affect the parties' relative positions in this case, substantially impacting the parties' settlement posture, the form and substance of the Pretrial Statements, proposed Jury Instructions, Voir Dire Questions, Witness Lists and Exhibit Lists.

6. Furthermore, the current scheduling order requires the parties to complete the Joint Pre-Trial Statement by September 10, 2019, likely while the Motions for Summary Judgment are still pending. If the parties prepare this Joint Pre-Trial Statement before an order on the Motions for Summary Judgment is entered, it likely will include issues that will be decided through disposition of the parties' Motions for Summary Judgment and will not be material issues at the time of trial.

7. The Court's Order on the Parties' respective summary judgment motions will also materially impact which motions in limine, if any, are to be made, the length of trial, the witnesses to be called at trial, the evidence to be presented at trial, as well as inform the Parties' decisions regarding whether any evidentiary materials must be sealed or protected from public disclosure.

8. Finally, the Court's anticipated Order on the Motions for Summary Judgment also may have a profound effect on the possibility of settlement of this case. While the Parties have thus far been unable to reach a settlement of this matter, the outcome of the outstanding Motions may result in a reevaluation of the parties' respective settlement positions.

9. The Parties therefore respectfully request that the Court amend the March 28, 2019 Case Management & Scheduling Order [DE 17] to remove this case from the October trial calendar and continue the September 17, 2019 Pre-Trial Conference until such time as the respective Motions for Summary Judgment [DE 39-42] are resolved.

10. Neither party will be prejudiced by the rescheduling of the Final Pretrial Conference and there are no unresolved discovery disputes. Granting this motion will allow the Court and the undersigned to make more efficient use of their time.

WHEREFORE the parties hereby jointly request that this Honorable Court grant this joint motion and remove this case from the October trial docket, continue the Pretrial Conference currently scheduled for September 17, 2019, and reschedule the same for a date after the Parties respective Motions for Summary Judgment can be resolved.

Respectfully submitted this 24th day of July 2019, by:

| | |
|---|---|
| *s/ Kimberly H. Wochholz* . | *s/ Aliza Malouf* |
| Kimberly H. Wochholz | Aliza Malouf |
| Fla. Bar No. 0092159 | Florida Bar No. 1010546 |
| The Consumer Rights Law Group, PLLC | Hunton Andrews Kurth LLP |
| 3104 W. Waters Avenue, Suite 200 | 1445 Ross Avenue, Suite 3700 |
| Tampa, Florida 33614-2877 | Dallas, Texas 75202 |
| Tel: (813) 435-5055 ext 101 | (214) 979-8229 |
| Fax: (866) 535-7199 | amalouf@huntonak.com |
| Kim@ConsumerRightsLawGroup.com | Counsel for Defendant |
| Counsel for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2019, the foregoing document was electronically files with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By:<u>*/s/ Aliza Malouf*</u>
Aliza Malouf
